1   Law Offices of Bill LaTour
2   Bill LaTour [SBN: 169758]
3        11332 Mountain View Ave., Suite C
         Loma Linda, California 92354
4        Telephone: (909) 796-4560
         Facsimile: (909) 796-3402
5        E-Mail: Bill.latour@verizon.net
6
7   Attorney for Plaintiff

8                UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  ROBERTA MENDEZ NAVARRO,          )   No.  EDCV 07-8367 SS
11                                   )
12        Plaintiff,                 )   [PROPOSED] ORDER AWARDING
          v.                         )   EAJA FEES
13                                   )
14  MICHAEL J. ASTRUE,               )
    COMMISSIONER OF SOCIAL           )
15  SECURITY,                        )
16                                   )
          Defendant.                 )
17  _____ )

18        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19        IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20
    awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21
    TWO THOUSAND TWO HUNDRED DOLLARS and 00/cents ($2,200.00), as
22
    authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced
23
    Stipulation.                              Suzanne H. Segal
24
        DATED:  11/12/08      _____
25
26                           HON. SUZANNE H. SEGAL
27                           UNITED STATES MAGISTRATE JUDGE
28

-1-